# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J & J Sports Productions Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Francisca A. Arvizu,<br><br>    Defendant. | NO. CV-15-00648-PHX-DJH<br><br>**DEFAULT JUDGMENT** |

  Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Francisca A. Arvizu for a total amount of $11,000.

                Brian D. Karth
                District Court Executive/Clerk of Court

November 9, 2015

                s/ Erica Aragon
             By Deputy Clerk